## UNITED STATES

v.

### GEORGE HOFFMAN, HARRIS H. HICKMAN, WILLIAM ROBISON, ROBERT SMART, JAMES McCLOSKEY AND WILLIAM WATSON

1808

#### JOURNAL ENTRIES

1. Appearance . . . . . . . . . . *Journal, infra,* *p. 161
2. Nolle prosequi; discharge . . . . . . . . . . " 178

#### PAPERS IN FILE

[None]